FILED - GR
October 17, 2022 3:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 10-17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIKAELA HALL,

    Defendant.

_____/

1:22-cr-142
Robert J. Jonker
U.S. District Judge

CLASS A MISDEMEANOR
INFORMATION

The United States Attorney charges:

## COUNT 1
(Conspiracy to Introduce Misbranded Drugs Into Interstate Commerce)

Beginning in or about February 2020 and continuing until in or about December 2020, in Muskegon County, in the Southern Division of the Western District of Michigan and elsewhere, the defendant,

**MIKAELA HALL,**

knowingly and voluntarily combined, conspired, confederated, and agreed with others, both known and unknown, to introduce misbranded prescription drugs into interstate commerce contrary to law.

18 U.S.C. § 371
21 U.S.C. § 331(a)
21 U.S.C. § 353(b)(1)
21 U.S.C. § 333(a)(1)

## COUNTS 2-6
(Introduction of Misbranded Drugs Into Interstate Commerce)

On or about the following dates, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

### MIKAELA HALL,

introduced and delivered, and caused to be introduced and delivered, into interstate commerce, the following misbranded prescription drugs, as defined in Title 21, United States Code, Section 353(b)(1), in that they were dispensed without a written prescription of a practitioner licensed by law to administer such drugs:

| Count | Date | Recipient | Misbranded Prescription Drug – Trade Name | Misbranded Prescription Drug – Product Name | Intended Destination |
|---|---|---|---|---|---|
| 2 | 7/24/2020 | K.W. | Cytotam | Tamoxifen Citrate | Wilmington, NC |
| 3 | 7/27/2020 | N.D. | Arimimed | Anastrozole | Port Jefferson Station, NY |
| 4 | 9/29/2020 | K.S. | Modvigil | Modafinil | Holly Springs, NC |
| 5 | 10/16/2020 | C.P. | Vilitra | Vardenafil | Atlanta, GA |
| 6 | 10/16/2020 | J.B. | Tamoxifen | Tamoxifen Citrate | West Hollywood, CA |

and aided, abetted, counseled, commanded, induced, and procured the same.

21 U.S.C. § 331(a)
21 U.S.C. § 353(b)(1)(B)
21 U.S.C. § 333(a)(1)
18 U.S.C. § 2

MARK A. TOTTEN
United States Attorney

Date: October 17, 2022

STEPHANIE M. CAROWAN
Assistant United States Attorney